THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DiMAIO, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of murder, second degree. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

ANNA F. YOUNG, Respondent, v. CITY OF BUFFALO and Another, Appellants, and LOUIS E. HILBERT, Defendant.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries received in an automobile collision.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MABEL CLARK ACKERT, Respondent, v. CARL H. MEIBOHM, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries received in an automobile collision. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

BAUMERT DAIRY PRODUCTS, INCORPORATED, Respondent, v. THE BORDEN COMPANY and Another, Appellants; F. X. BAUMERT & COMPANY, INCORPORATED, Appellant, v. BAUMERT DAIRY PRODUCTS, INCORPORATED, and Another, Respondents.— Order denying motion to dismiss reversed, with ten dollars costs and disbursements, and motion granted. Order of consolidation reversed, with ten dollars costs, and motion denied. Memorandum. An action for a declaratory judgment calls for the exercise of discretion on the part of the court to determine whether or not it should be entertained. The facts alleged in the complaint and the purpose of the action as alleged in the demand for judgment, being primarily to forestall an action for unfair competition threatened by the defendants F. X. Baumert & Co., Inc., and The Borden Company, are insufficient to warrant the court in entertaining the action. All concur. (The order consolidates two actions involving the right to use the name of plaintiff.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

F. X. BAUMERT & COMPANY, INCORPORATED, Appellant, v. BAUMERT DAIRY PRODUCTS, INCORPORATED, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. Memorandum. The facts appearing on this record are insufficient to justify the granting of a temporary injunction. Our determination on this motion, however, is without prejudice to the consideration of the whole matter as it may develop upon the trial. All concur. (The order denies a motion for temporary injunction in an action involving the right to use the name of plaintiff.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPH ESPOSITO and Another, Respondents, v. UTICA FIRE INSURANCE COMPANY OF ONEIDA COUNTY, NEW YORK, Appellant, and BENJAMIN F. ANDREWS, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment reforms a policy of insurance and awards plaintiffs recovery thereunder. The order denies a motion for a new trial on the ground of newly-discovered evidence.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.